

**MOSS CODILIS, LLP**
6560 GREENWOOD PLAZA BLVD
SUITE 100
ENGLEWOOD, COLORADO 80111
TELEPHONE: 303.799.6966
FAX: 720.240.5454

# UNITED STATES BANKRUPTCY COURT
## Distric DISTRICT OF Arizona

IN RE:

Leonard Thun
Elizabeth Thun                                    Case No. 07-01729

## NOTICE OF TRANSFER OF CLAIM

The undersigned hereby gives notice of the assignment and transfer of the claim referenced herein and submits the following information:

Name, address and reference number of original claimant ("Transferor"):

> NovaStar Mortgage, Inc.
> P O Box 2900
> Shawnee Mission, KS 66201

Number of Claim being Transferred:          7
Amount of Claim being Transferred:          $269,210.64
Date Claim was filed:                       9/18/2007
Claimant's Reference Number:                ******0000

Proper name of transferee claimant ("Transferee"):

> Saxon Mortgage Services

Transferee's Reference Number:              ******0145

Name and address where payments should be sent:

> Saxon Mortgage Services
> 4708 Mercantile Dr
> Forth Worth, TX 76137

/s/ Michael S. Margolf, dated 11/26/2007
Moss Codilis, LLP
Authorized Agent/Entity for
Saxon Mortgage Services, its successors and/or assigns